UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRUSTEES OF INDIANA )<br>UNIVERSITY, and INDIANA )<br>UNIVERSITY PURDUE , )<br>UNIVERSITY - INDIANAPOLIS )<br>)<br>Defendants. ) | Case No. 1:21-cv-00973-JRS-MPB |

## MOTION TO PROCEED USING PSEUDONYM

Plaintiff, John Doe ("Plaintiff"), by counsel, Jonathan A. Bont, for his Motion to Proceed Using Pseudonym under Local Rule 10-1, hereby states as follows:

1. Plaintiff's Complaint alleges violations of Title IX arising out of an arbitrary school disciplinary process that resulted in Plaintiff being wrongly found in violation of the Defendants' policy against forcible, non-consensual sexual penetration and suspended from IUPUI.

2. The subject matter of this case is highly personal, and the Plaintiff wishes to maintain a degree of privacy surrounding the details of his physical relationship with the alleged victim, who is also identified by pseudonym in the Complaint.

3. Requiring Plaintiff to disclose his identity would have a chilling effect on other would-be plaintiffs coming forward to seek redress under Title IX in

1

circumstances where highly personal details of their physical relationships will be at issue.

4. Plaintiff is likely to suffer retaliation from other post-secondary educational institutions if his identity is revealed and he is labeled as "litigious."

5. Although Plaintiff is not a minor, he is a young man, whose future prospects are already damaged due to Defendants' unlawful actions. This is another reason why maintaining some degree of confidentiality over these proceedings is important in this case.

6. Defendants will not suffer any prejudice by defending this suit brought under a pseudonym. Plaintiff will disclose his identity to Defendants in accord with Local Rule 10-1.

7. The above factors are consistent with those identified by this court in *Doe v. Indiana Black Expo, Inc.*, 923 F.Supp. 137, 138-40 (S.D. Ind. 1996), and for these reasons, the Court should grant this Motion.

WHEREFORE, for the reasons stated herein, Plaintiff, John Doe, by counsel, Jonathan A. Bont and Ian P. Goodman, respectfully requests that the Court grant his Motion to Proceed Using Pseudonym, and for all other just and proper relief.

          Respectfully submitted,

          */s/ Jonathan A. Bont*
          Jonathan A. Bont, Attorney No. 28476-49
          Ian P. Goodman, Attorney No. 30645-59
          Paganelli Law Group
          10401 N. Meridian St., Suite 450
          Indianapolis, IN 46290
          Phone:    317.550.1855
          Fax:       317.569.6016

        E-Mail:  jon@paganelligroup.com
              ian@paganelligroup.com

        *Counsel for Plaintiff, John Doe*

## CERTIFICATE OF SERVICE

 I hereby certify that on April 20, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 Additionally, pursuant to Local Rule 10-1(c), I will serve this Notice and the contemporaneously filed Motion on each opposing party within 7 days of the opposing party's appearance.

        */s/ Jonathan A. Bont*
        Jonathan A. Bont