# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF INDIANA UNIVERSITY, and INDIANA UNIVERSITY, PURDUE UNIVERSITY – INDIANAPOLIS,<br><br>Defendants. | Case No. 1:21-cv-973-JRS-MPB |

## APPEARANCE OF COUNSEL

TO:   The Clerk of the Court and all parties of record

I appear in this case as counsel for:   **Defendants, The Trustees of Indiana University and Indiana University, Purdue University - Indianapolis.**

| | |
|---|---|
| Dated:  April 23, 2021 | /s/ *Alice M. Morical*<br>Alice M. Morical<br>Hoover Hull Turner LLP<br>111 Monument Circle, Suite 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244-0989<br>Phone: (317) 822-4400<br>Fax: (317) 822-0234<br>amorical@hooverhullturner.com<br><br>*Attorneys for Defendants,*<br>*The Trustees of Indiana University and*<br>*Indiana University, Purdue University-Indianapolis* |