UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-00973-JRS-MPB |
| | ) | |
| THE TRUSTEES OF INDIANA | ) | |
| UNIVERSITY, and INDIANA | ) | |
| UNIVERSITY PURDUE , | ) | |
| UNIVERSITY - INDIANAPOLIS | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION TO CONVERT MOTION FOR TEMPORARY
RESTRAINING ORDER TO MOTION FOR PRELIMINARY INJUNCTION**

On April 22, 2021, Plaintiff John Doe filed a Motion for Temporary Restraining Order (Dkt. 11) and Brief in Support (Dkts. 12 and 12-1 to 12-7) ("Motion for TRO"), in which he requested that the Court restrain Defendants Indiana University Purdue University – Indianapolis ("IUPUI") and The Trustees of Indiana University from enforcing their suspension of him from IUPUI.

On April 26, 2021, during a status conference before the Court, the parties informed the Court that they had resolved a limited portion of the relief requested by Plaintiff in the Motion for TRO.

On April 26, 2021, Plaintiff filed a Motion to Convert Motion for Temporary Restraining Order to Motion for Preliminary Injunction ("Motion to Convert"). (Dkt. 20). In the Motion to Convert, Plaintiff seeks to narrow the preliminary relief he is requesting, relative to that requested in the Motion for TRO.

Pursuant to this Order, the Court **GRANTS** Plaintiff's Motion to Convert (Dkt. 20) and converts Plaintiff's Motion for TRO (including Dkts. 11, 12 and 12-1 to 12-7) to a Motion for Preliminary Injunction ("Motion for PI"), pursuant to which Plaintiff requests the relief stated in the Motion to Convert. The Clerk of Court is **DIRECTED** to update the text for (Dkt. 11) to reflect, "MOTION for Preliminary Injunction" and (Dkt, 12) to reflect, "BRIEF/MEMORANDUM in Support re [11] MOTION for Preliminary Injunction".

Defendants' Response in Opposition to the Motion for PI shall be filed by **May 10, 2021**, and Plaintiff's Reply in Support to the Motion for PI shall be filed by **May 17, 2021**.

SO ORDERED.

Date: April 27, 2021

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel of record

2