UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00973-JRS-MPB |
| ) | |
| THE TRUSTEES OF INDIANA ) | |
| UNIVERSITY, and INDIANA ) | |
| UNIVERSITY PURDUE , ) | |
| UNIVERSITY - INDIANAPOLIS ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO PROCEED USING PSEUDONYM

Before the Court is the Plaintiff, John Doe's Motion to Proceed Using Pseudonym (Dkt. No. 5), and the Court having reviewed the Motion and being duly advised in the premises, now finds that the Motion should be and is GRANTED.

IT IS THEREFORE ORDERED that the Plaintiff may proceed using the pseudonym "JOHN DOE".

SO ORDERED this 27th day of April, 2021.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record