UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00973-JRS-MPB |
| | ) |
| TRUSTEES OF INDIANA UNIVERSITY, | ) |
| INDIANA UNIVERSITY PURDUE | ) |
| UNIVERSITY - INDIANAPOLIS, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' REQUEST FOR A STATUS CONFERENCE**

Defendants, having filed their Unopposed Motion for a Status Conference (Dkt. No. 39), having been duly advised, GRANTS Defendants' Motion.

**IT IS HEREBY ORDERED** that a Telephonic Status Conference is set for **JULY 15, 2021 at 11:30 a.m. (EST)**, before Magistrate Judge Matthew P. Brookman. The information needed to participate in this telephone conference will be provided by a separate notification.

**SO ORDERED.**

Date: June 30, 2021

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.